**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO: <br> *Olson v. Pfizer Incorporated, et al., 1:14-cv-8406* | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW KENT OLSON, Plaintiff herein, and before the filing of any Answer or Motion for Summary Judgment by Defendants, dismisses his case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Respectfully submitted this 30th day of April, 2015.

>   */s/ Trent B. Miracle*
>   Trent B. Miracle
>   SIMMONS HANLY CONROY
>   One Court Street
>   Alton, IL 62002
>   Phone: (618) 259-2222
>   Fax: (618) 259-2252
>   Email: tmiracle@simmonsfirm.com

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 30, 2015, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              */s/ Trent B. Miracle*
              Trent B. Miracle
              SIMMONS HANLY CONROY
              One Court Street
              Alton, IL 62002
              Phone: (618) 259-2222
              Fax: (618) 259-2252
              Email: tmiracle@simmonsfirm.com